# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-10795
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 3, 2017

Lyle W. Cayce
Clerk

DARRIN C. LAVINE, Trustee of Canton Property Holdings,

Plaintiff–Appellant,

v.

BANK OF AMERICA, N.A., et al,

Defendants.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:14-CV-3389

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:[*]

Darrin C. Lavine appeals from the order of the district court denying him leave to proceed pro se on behalf of Canton Property Holdings, a Texas joint-stock company. We have jurisdiction to consider the instant appeal under the collateral order doctrine. *See Prewitt v. City of Greenville*, 161 F.3d 296, 298 (5th Cir. 1998). The district court did not err by denying Lavine, who is a non-lawyer, the requested leave. *See* 28 U.S.C. § 1654; *Rowland v. Cal. Men's*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-10795

*Colony*, 506 U.S. 194, 201-02 (1993); *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004) (per curiam).

AFFIRMED.